IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR 0 2 2026

JENNIFER PARSONS, CLERK

BY_____
DEPUTY CLERK

Dustin Graham Gilbert
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

(The people — stole my Money, Businesses)
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     Dustin Graham Gilbert

Street Address           indiginous to to Lewiston, ME 04240

City and County          mailing: 32 Washburn Drive, Turner, Andro

State and Zip Code       Maine       04282                          scoggin

Telephone Number         (207) 713-3602

E-mail Address           dustin.gilbert1986@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                     (investigation, court requested)

Job or Title             ?
(if known)

Street Address           ?

City and County          ?

State and Zip Code       ?

Telephone Number         ?

E-mail Address           ?
(if known)

Defendant No. 2

Name                     ?

Job or Title             ?
(if known)

Street Address           ?

City and County          ?

State and Zip Code ___ ? ___

Telephone Number ___ ? ___

E-mail Address ___ ? ___
(if known)

Defendant No. 3

    Name ___ ? ___

    Job or Title ___ ? ___
    (if known)

    Street Address ___ ? ___

    City and County ___ ? ___

    State and Zip Code ___ ? ___

    Telephone Number ___ ? ___

    E-mail Address ___ ? ___
    (if known)

Defendant No. 4

    Name ___ ? ___

    Job or Title ___ ? ___
    (if known)

    Street Address ___ ? ___

    City and County ___ ? ___

    State and Zip Code ___ ? ___

    Telephone Number ___ ? ___

    E-mail Address ___ ? ___
    (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

*Based out of Androscoggin County, Maine*

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Illegal Seizure of Property, and probably more civil rights violations

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Dustin Graham Gilbert is a citizen of the State of *(name)* Maine.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* ? unknown now, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* ___probably?___ , is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* ___?___ . *Or is*
incorporated under the laws of *(foreign nation)*
___?___ , and has its principal place of
business in *(name)* ___?___ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

___It's HUGE (Loss)___

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

.... see two (notes); pages

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.    All  my (stuff)  back.

**V.    Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3 / 2 , 2026.

Signature of Plaintiff

Printed Name of Plaintiff    Dustin Graham Gilbert