5/2/2026

Dustin Graham Gilbert (me) writing

✓

(The People Who stole My Money & Businesses)
~~if that's even possible.~~ I. Property

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED
MAR 02 2026
JENNIFER P. LYONS, CLERK
BY _____ DEPUTY CLERK

I do believe (excuse my handwriting) I can initiate an investigation with this civil complaint — into; with my truth, I do hereby SWEAR to... that

I invented an incredible amount of things; stuff such as believed to be no need to charge a (cell) phone forever, curation in purest forms — and more, and so I need an investigation into the businesses who profit from such, and my (cut) — share, as I asked in 1992, 1993, + 1994... in forms of copyrights, patents, trademarks + (business startups that resulted in [corporations]; perhaps a Conglomerate?) and ~~B~~ that's why I need an investigation...!

...because I deserve my businesses back...! or my %'s .... asap. — as I am suffering having to not know where my next meal will come from, or next sleep in warmth — as I have been serving ~~the~~ thee United States of America for so, so long... since the Iran-Iraq war, Gulf war — and to intelligence afterwards.--

This is seriously the best I can do as this is a very sensitive subject for me.

-Dustin Grdron Gilbert